UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **DEANNE WILLIAMS** | **CIVIL ACTION NO. 12-2835 LEAD** |
| | **CONSOLIDATED WITH NO. 13-1655** |
| **VERSUS** | |
| | **JUDGE ROBERT G. JAMES** |
| **MONROE CITY SCHOOL BOARD** | |
| | **MAG. JUDGE KAREN L. HAYES** |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Defendant Monroe City School Board's ("MCSB") Motion for Summary Judgment [Doc. No. 23] is GRANTED, and Plaintiff Deanne Williams' claims against MCSB are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 2nd day of July, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE